No. 00–10483. BROWN *v.* GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10484. AKBAR *v.* WALSIN. C. A. 4th Cir. Certiorari denied.

No. 00–10486. ROBINSON *v.* ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–10488. ALLEN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10489. VANSKIKE *v.* COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10490. VOLLMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10491. TOKAR *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–10492. JONES *v.* DUSING ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10493. KEELER, AKA EL-MUHAMMAD *v.* REESE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 00–10495. VON MOOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10496. CLARK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10497. KENNEDY *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–10498. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10499. VON MESHACK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10500. PICCARRETO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.